FILED

2010 JAN 25  PM 1:47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of BLUE OCEAN CONSTRUCTION, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>WESTERN INSURANCE COMPANY, a Nevada corporation; and DOES 1 through 200,<br><br>  Defendants. | CASE NO: 3:09-cv-00130-BTM-NLS<br><br>ORDER ON JOINT MOTION TO DISMISS<br><br>Assigned to:<br>Hon. Barry T. Moskowitz, Courtroom 15<br><br>Amended Complaint Filed: March 25, 2009<br>Trial Date:           Not Set |

Based on the Joint Motion to Dismiss submitted, IT IS ORDERED THAT:

1. All claims in the captioned action against Western shall be dismissed, with prejudice, and all other claims shall be dismissed without prejudice.

SO ORDERED

Date: 1-22-2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

1342.002/Order.nlh

ORDER ON JOINT MOTION TO DISMISS